```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,         )
                                  )    2:06-cv-2649-GEB-GGH
          Plaintiff,              )
                                  )
     v.                           )    STATUS (PRETRIAL
                                  )    SCHEDULING) ORDER
THE STATE OF CALIFORNIA, and      )
EDMUND G. BROWN, JR., in his      )
capacity as Attorney General for  )
the State of California,          )
                                  )
          Defendants.             )
_____)
```

The status (pretrial scheduling) conference scheduled in this case for March 12, 2007, is vacated since the joint status report submitted by the parties ("JSR") obviates the need for the conference. The following Order issues based on the JSR and available dates.

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court, good cause having been shown.

DISCOVERY

Discovery is stayed since the parties opine it is unnecessary because this action will be resolved on motions.

1

MOTION HEARING SCHEDULE

Plaintiff shall file its motion for summary judgment on or before April 16, 2007.  Defendants shall file their opposition and cross-motion for summary judgment on or before May 16, 2007.  Plaintiff shall file its opposition and reply on or before June 15, 2007.  Defendants shall file their reply on or before June 29, 2007.  A hearing on the cross-motions for summary judgment shall be held on July 23, 2007.

FURTHER STATUS (PRETRIAL SCHEDULING) CONFERENCE

A further status conference is scheduled for October 29, 2007 at 9:00 a.m.  The parties shall file a JSR no later than fourteen days prior to the status conference.[1]

MISCELLANEOUS

The parties are reminded that pursuant to Federal Rule of Civil Procedure 16(b), the Status (Pretrial Scheduling) Order **shall not be modified except by leave of Court upon a showing of good cause.  Counsel are cautioned that a mere stipulation by itself to change dates does not constitute good cause.**

IT IS SO ORDERED.
Dated:  March 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the JSR does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2