IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF CALIFORNIA, and ) <br> EDMUND G. BROWN, JR., in his ) <br> capacity as Attorney General for ) <br> the State of California, ) <br> ) <br> Defendants. ) | 2:06-cv-2649-GEB-GGH <br><br> ORDER |

       On January 4, 2008, George Turner and Juan Morales filed a motion for extension of time within which an appeal could be filled from the Summary Judgment entered in Plaintiff's favor on November 8, 2007.  These movant's assert that January 7, 2008, is the last date on which an appeal could be timely filed and that the time for filing an appeal should be continued thirty days, so that they could "file an emergency motion for leave to intervene for purposes of appealing the judgment" by January 7, 2008.  (Mot. at 1.) Since Defendants did not

1

announce their intention to forego an appeal until December 19, 2007, and an extension may conserve judicial resources, good cause exists for extending the time to file a notice of appeal under Rule of Appellate Procedure 4(a)(5). Accordingly, the Motion is granted and the time to file a notice of appeal is extended thirty days. See <u>Roe v. Town of Highland</u>, 909 F.2d 1097, 1099-1100 (7th Cir. 1990) (recognizing that an extension under Rule 4(a)(5) may be granted when a motion to intervene has not been acted upon within the time of appeal.) The Clerk of Court shall serve a copy of this Order on the movants' attorney.

　　　　IT IS SO ORDERED.

Dated: January 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge