IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cv-02649 |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
|      v. | ) | ORDER |
| | ) | |
| THE STATE OF CALIFORNIA; WILLIAM LOCKYER, in his capacity as Attorney General for the State of California, | ) ) ) ) | |
| | ) | |
|        Defendants. | ) | |

      Proposed intervenors George Turner and Juan Morales apply for an order shortening the time for a hearing on their pending motion to intervene for purposes of appeal presently set for February 25, 2008. The application is granted. A hearing on the motion to intervene for purposes of appeal will be held February 4, 2008 at 1:00 p.m. Any response to said motion shall be filed on or before 4:00 p.m. on January 22, 2008 and any reply shall be filed on or before 4:00 p.m. on January 25, 2008.

      IT IS SO ORDERED.

Dated:     January 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1