IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cv-02649 |
| v. | ORDER[*] |
| THE STATE OF CALIFORNIA; WILLIAM LOCKYER, in his capacity as Attorney General for the State of California, | |
| Defendants. | |

      Proposed intervenor Eric Thiele applies for an order shortening the time for a hearing on his pending motion to intervene for purposes of appeal.  The application is granted.  A hearing on Thiele's motion to intervene for purposes of appeal will be held February 4, 2008 at 1:00 p.m.  Any response to said motion shall be filed on or before January 28, 2008 and any reply shall be filed on or before January 31, 2008.

      IT IS SO ORDERED.

Dated:  January 22, 2008

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

    [*]    This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1